

ERIC ZUKOSKI (214) 880-1826
ezukoski@qslwm.com

April 22, 2020

**_Via ECF_**
Hon. Robert M. Levy
Ms. Janine Marino
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Blondell et al. v. Bouton et al.*; Civil Action No. 1:17-cv-00372 (RRM-RML)

Dear Judge Levy and Ms. Marino:

    We were just informed that one of the print publications included in the notice campaign that was approved by this Court's April 16 docket entry has an ad copy deadline of tomorrow Thursday, April 23. The settlement notice must include the date for the final approval hearing. So, we respectfully ask the Court to today or tomorrow morning set a date and time for the final approval hearing any day in October 2020. If no objectors appear at the hearing, the parties believe that they can complete the hearing in one hour or less, but the parties respectfully request that the Court consider setting the hearing on a date where more than one hour can be made available in case objectors do appear.

    Sincerely,

    Eric Zukoski
    Counsel for Plaintiffs

cc:  Devi Rao, Esq.

Bryan Tower    2001 Bryan St., Suite 1800    Dallas, TX 75201  |  ph. 214.871.2100    fx. 214.871.2111    www.qslwm.com

A PROFESSIONAL CORPORATION  |  ATTORNEYS AND COUNSELORS