UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JON BLONDELL, *et al.*,

                                    Plaintiffs,

   -against-                                   **ORDER ADOPTING REPORT**
                                                            **AND RECOMMENDATION**
BRUCE BOUTON, *et al.*,                          17-CV-372 (RRM) (RML)

                                    Defendants.
-------------------------------------------------------------------x
ROSLYNN R. MAUSKOPF, United States District Judge.

      In a report and recommendation dated August 30, 2021, (the "R&R"), Magistrate Judge Levy recommended that plaintiffs' motion for attorney's fees and costs (Docs. No. 85 & 86) be granted and that Class Counsel be awarded $2,714,073.75 in attorney's fees and $80,254.86 in costs, for a total of $2,794,328.61. The R&R expressly advised the parties that they had 14 days in which to file written objections and was electronically served on the parties on August 30, 2021. To date, no one has filed a written objection to the R&R or requested an extension of time in which to do so.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error. Finding none, the Court adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

      ORDERED that the R&R is adopted in its entirety and plaintiffs' motion for attorney's fees and costs is granted. Class Counsel is awarded $2,714,073.75 in attorney's fees and $80,254.86 in costs, for a total of $2,794,328.61. The parties having consented to Magistrate Judge jurisdiction for, among other things, the purpose of approving the settlement and entering final judgment, and the Magistrate Judge having approved the settlement in his order dated October 30, 2020, this matter is recommitted to Magistrate Judge Levy for entry of judgment.

                                                    SO ORDERED.

Dated: Brooklyn, New York
        September 14, 2021

                                                    /s/ *Roslynn R. Mauskopf*
                                                    ROSLYNN R. MAUSKOPF
                                                    United States District Judge